JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 222173
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:     (510) 839-5200
Facsimile:      (510) 839-3882
John.burris@johnburrislaw.com
bnisenbaum@gmail.com

ATTORNEYS FOR PLAINTIFF
JANE DOE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITY OF PORTERVILLE; WAYNE MARTIN, sued herein in both his individual and official capacities; CHIEF OF POLICE ERIC KROUTIL, sued herein in his official capacity; and DOES 1-200, individually, jointly, and severally.<br><br>　　　　　Defendants. | Case No. 1:19-cv-00740-DAD-BAM<br><br>**NOTICE OF SETTLEMENT; REQUEST TO VACATE SCHEDULING CONFERENCE** |

NOTICE OF SETTLEMENT

　　　　The parties to the above-entitled action have reached a settlement.  Defendants have not been served yet, and have not entered an appearance.  Plaintiff expects to file dispositional documents in the next 4-6 weeks, upon execution of the settlement.

　　　　A scheduling conference is currently set for August 28, 2019 at 9:30 a.m.  Plaintiff respectfully requests that the Court vacate the scheduling conference and allow 60 days to permit the execution of the settlement and for Plaintiff to file dispositional documents.

Respectfully submitted,

**LAW OFFICES OF JOHN L. BURRIS**

Dated: August 18, 2019                 /s/ *Benjamin Nisenbaum*
John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
Attorneys for Plaintiff, JANE DOE