JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 222173
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
John.burris@johnburrislaw.com
bnisenbaum@gmail.com

ATTORNEYS FOR PLAINTIFF
JANE DOE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE | Case No. 1:19-cv-00740-DAD-BAM |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL (FRCP 41) AND ORDER** |
| CITY OF PORTERVILLE; WAYNE MARTIN, sued herein in both his individual and official capacities; CHIEF OF POLICE ERIC KROUTIL, sued herein in his official capacity; and DOES 1-200, individually, jointly, and severally. | |
| Defendants. | |

<u>NOTICE OF DISMISSAL</u>

Pursuant to the execution of the settlement in the above-noted action, in which no defendant has been served or appeared, Plaintiff hereby dismisses the above-entitled action in its entirety with prejudice, pursuant to FRCP 41(a)(1)(a)(i).

NOTICE OF DISMISSAL

1

Respectfully submitted,

**LAW OFFICES OF JOHN L. BURRIS**

Dated: October 11, 2019                               /s/*Benjamin Nisenbaum*
John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
Attorneys for Plaintiff, JANE DOE

**ORDER**

Pursuant to the notice of dismissal, the Court hereby dismisses the above-entitled action with prejudice.

IT IS SO ORDERED.

Dated: _____                            _____
Hon. Dale A. Drozd
United States District Judge

NOTICE OF DISMISSAL

2